**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1632**

STARSHA M. SEWELL,

       Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:16-cv-02456-GJH)

Submitted: November 27, 2017           Decided: December 6, 2017

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se. Michael Kelly Guss, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this action alleging discrimination in employment and a conspiracy concerning child custody and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Washington Metro. Area Transit Auth.*, No. 8:16-cv-02456-GJH (D. Md. July 19 & Aug. 29, 2016; Mar. 13 & May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*